UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL GAMMARIELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CONAN MOORE, et al.,<br><br>    Defendants. | Case No.  20-cv-02583-VKD<br><br>**ORDER FOR INTRADISTRICT TRANSFER**<br><br>Re: Dkt. Nos. 22, 27 |

Plaintiff Michael Gammariello filed this civil rights action against Humboldt County and two of its sheriff's deputies.  Dkt. No. 1.  Defendants moved for an intra-district transfer to the Eureka Division pursuant to Civil Local Rules of this Court.  Dkt. No. 22.  Subsequently, the parties jointly submitted a stipulated request for an intradistrict transfer.  Dkt. No. 27.

Civil Local Rule 3-2(c) provides that civil actions are assigned to the Court division serving the county in which the action arises.  The Eureka Division serves Humboldt County.  Civ. L.R. 3-2(f).  Because the events described in the complaint took place in Rio Dell, California, in Humboldt County, *see* Dkt. No. 1 ¶¶ 10, 13, the Court finds that transfer is appropriate.

Accordingly, the Court orders the Clerk of the Court to TRANSFER this action to the Eureka Division.

**IT IS SO ORDERED.**

Dated: June 11, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge